UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No.14-47077-399 |
| | ) | Chapter 7 |
| **CATHALEAN JONES**, | ) | |
| SS# XXX-XX-8644 | ) | |
| | ) | **SCHEDULING ORDER ON** |
| Debtor. | ) | **MOTION TO RE-CONVERT CASE** |

On September 5, 2014, the Debtor filed her Chapter 13 Voluntary Petition. On February 14, 2019 the Chapter 13 Trustee filed her Motion to Dismiss Case (doc 54) stating that "the debtor is $1,300.00 in default through February 14, 2019." On March 7, 2019 the Debtor filed her Response (doc 55) stating "Debtor fell behind on her plan payments. Debtor shall forthwith bring her payments fully current." The Chapter 13 Truste's Motion to Dismiss was set for hearing April 3, 2019 and continued to May 8, 2019, June 5, 2019, July 3, 2019, August 7, 2019, September 11, 2019, October 10, 2019 and November 6, 2019.

Before the continued November hearing the Debtor filed a Motion to Convert his Chapter 13 to a Chapter 7 case on October 28, 2019 ("the Motion") (doc 58) stating "Debtor now believes her financial obligations can best be addressed under Chapter 7. The Case has not been previously dismissed or converted." The Order of Conversion to Chapter 7 was entered on October 29, 2019 (doc 60). The Chapter 7 Trustee filed her Chapter 7 Trustee's Report of No Distribution on January 7, 2019.

On January 14, 2019 the Debtor filed a Motion to Re-Convert her case back to a Chapter 13 (doc 73) stating:

> "Debtor was not eligible for a dischargeable Chapter 7 because her current Chapter 13 was filed on September 5, 2014 within eight years of a previously discharged Chapter 7 case that was filed on December 23, 2019".

> "Debtor's attorney, in part due to his software's storage of the information, mistakenly noted the ten year gap between the filing date in 2009 compared to 2019, rather than recognizing the Chapter the being converted was filed on September 5, 2014, within eight years of the December 23, 2009 Chapter 7 filing."

The Debtor is no stranger to bankruptcy having filed the following cases:

96-49178   Ch 13   filed on Oct. 31, 1996   Dismissed on Jan. 27, 1998 for failure to make plan payments

98-40815   Ch 13   filed on Jan. 26, 1998   Dismissed on April 6, 1998 for failure to make plan payments

99-45087   Ch 7   filed on May 7, 1999   **Discharged** on August 24, 1999

09-48544   Ch 7   filed on Aug. 28, 2009   **Discharged** on December 8, 2009

14-41113   Ch 13 filed on Feb. 21, 2014   Dismissed on July 7, 2014 for failure to file tax returns

14-47077   Ch. 13 converted to Ch 7 October 29, 2019 PENDING: Motion to Re-Convert to Ch 13

It is accordingly

**ORDERED** that the **HEARING** in regard to the Motion to Re-Convert Chapter 7 Case back to a Chapter 13 Case (doc 73) be and it is hereby **SET** for **February 4, 2020, at 1:00 P.M.** in the United States Bankruptcy Court, Eastern District of Missouri, United States Courthouse, Thomas Eagleton Building, **5ᵗʰ Floor**, **North** Courtroom, 111 S. 10ᵗʰ Street, St. Louis, Mo 63102. **No continuances or extensions shall be granted absent the most extenuating of circumstances. The Motion will not be granted by default. Counsel for Debtor must appear in person**.


Dated: January 14, 2020

St. Louis, Missouri                                    Barry S. Schermer
amw                                                            United States Bankruptcy Judge


Copy mailed to:

**Michael J. Watton** / Watton Law Group
301 West Wisconsin Avenue, 5th Floor
Milwaukee, WI 53203
ATTORNEY FOR DEBTOR

**Cathalean Jones**
5 Rainfield Ct.
Ballwin, MO 63021
DEBTOR

**Kristin J Conwell** / Conwell Law Firm LLC
PO Box 56550
St. Louis, MO 63156
CHAPTER 7 TRUSTEE

**Diana S. Daugherty**
P. O. Box 430908
St. Louis, MO 63143
CHAPTER 13 TRUSTEE

**U.S. Trustee**
Office of U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102

**ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE MAILING MATRIX**